

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00431-CV

ELIZABETH A. FLACK-BATIE AND          APPELLANTS
LISA A. BATIE

V.

JOHN HENRY BATIE AND U-HAUL          APPELLEES
CO. OF FT. WORTH, CO.

------------

## FROM THE 324TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On February 22, 2011, we ordered appellants to pay the required $175.00 filing fee for the appeal and pay or make arrangements to pay for the clerk's record and reporter's record on or before **Monday, March 21, 2011**. *See* Tex. R. App. P. 5 and Supreme Court Order of July 21, 1998 regarding fees to be charged in civil cases. Because appellants have failed to comply with our February 22, 2011 order, a requirement of the rules of appellate procedure, and

---

[1]*See* Tex. R. App. P. 47.4.

the Texas Supreme Court's order of August 28, 2007,[2] we dismiss the appeal.

*See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellants shall pay all costs of this appeal, for which let execution issue.

*See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  April 7, 2011

---

[2]See Supreme Court of Tex., Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).